UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| IKE ANTYON BRODNEX | § § | |
| vs. | § § | NO:  MO:20-CV-00231-DC |
| CARYLON THURMAND, ZACHARY CHESWORTH, PATRICK PAXTON | § § | |

### FINAL JUDGMENT

On this day the Court entered an Order dismissing Plaintiff's case for want of prosecution. The Court now enters its Final Judgment pursuant to Federal Rule of Civil Procedure 58.

Accordingly, it is hereby **ORDERED** that Plaintiff's 42 U.S.C. §1983 Civil Rights Complaint is **DISMISSED FOR WANT OF PROSECUTION**.

Additionally, Plaintiff's §1983 is **DISMISSED WITHOUT PREJUDICE.**

It is lastly **ORDERED** that all other pending motions, if any, are **DENIED AS MOOT**, with the parties to bear their own costs.

It is so **ORDERED.**

SIGNED this 2nd day of November, 2020.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE